## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                         **Case No. 3:03CR140-03/RV**

**MITCHELL JACKSON SEALE III**

_____/

### ORDER REDUCING SENTENCE

Currently pending is the Government's motion for a reduction of the defendant's sentence under Rule 35(b), Federal Rules of Criminal Procedure.  (Doc.419 )  The Government has certified defendant Seale's subsequent substantial assistance in the investigation of prosecution of other individuals, so that a reduction of sentence under Rule 35(b) is warranted.

Upon consideration, I find that the grounds set out in the Government's motion do constitute substantial assistance within the meaning of Rule 35(b), and that the Government's motion should be, and is hereby, GRANTED.  Accordingly, defendant Seale's sentence and judgment entered herein on April 23, 2004, is hereby amended and his sentence of imprisonment is reduced from a term of one hundred eighty (180) months to a term of seventy-two (72) months, followed by three years of supervised release.  In all other respects, the defendant's judgment of April 23, 2004, remains in full force and effect.

DONE AND ORDERED this 13th day of July, 2006.

/s/ *Roger Vinson*
**ROGER VINSON**
**Senior U.S. District  Judge**